JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK PANCHEV,<br><br>    Plaintiff(s),<br><br>    v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, ET AL.,<br><br>    Defendant(s). | Case No. EDCV 16-1625-DMG (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: October 19, 2018

                                      HONORABLE DOLLY M. GEE
                                      United States District Judge